# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Detonya Garrett,                                  Case No. 25-CV-02128 (JMB/LIB)

        Petitioner,

v.                                                                    **ORDER**

Bill Eischen, *Federal Prison Camp (FPC)*
*Duluth Warden or Current Acting Warden*,

        Respondent.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois dated May 22, 2025. (Doc. No. 4.) The R&R recommends that the Court deny Petitioner Detonya Garrett's petition for a writ of habeas corpus and dismiss this action. (*See id.* at 4.) Garrett has not objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.    The R&R (Doc. No. 4) is ADOPTED.

2.    Petitioner Detonya Garrett's Petition for a Writ of Habeas Corpus (Doc. No. 1) is DENIED.

3.    This action is DISMISSED WITH PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 18, 2025                                    *s/Jeffrey M. Bryan*
                                                       Judge Jeffrey M. Bryan
                                                       United States District Court